U.S. Department of Justice
Bureau of Alcohol, Tobacco, Firearms and Explosives

# Notice to Revoke or Suspend License and/or Impose a Civil Fine

In the matter of License Number  3-45-003-01-5G-01253 and 3-45-003-07-5J-01603 , as a/an

Dealer in Firearms Other Than Destructive Devices and Manufacturer of Firearms  issued to:

Name and Address of Licensee *(Show number, street, city, State and ZIP Code)*
Morehouse Enterprises LLC
1021 14th Street SW
Valley City, ND
58072

**Notice Is Hereby Given That:**

Pursuant to the statutory provisions and reasons stated in the attached page(s), the Director or his/her designee, Bureau of Alcohol, Tobacco, Firearms and Explosives, intends to take action on the license described above.

[✓] The above identified license may be revoked pursuant to 18 U.S.C. 923(e), 922(t)(5) or 924(p).

[ ] The above identified license may be suspended pursuant to 18 U.S.C. 922(t)(5) or 924(p).

[ ] The above identified licensee may be fined pursuant to 18 U.S.C. 922(t)(5) or 924(p).

Pursuant to U.S.C. 923(f)(2) and/or 922(t)(5), you may file a request with the Director of Industry Operations, Bureau of Alcohol, Tobacco, Firearms and Explosives, at  30 7th Street East, Suite 1900, St. Paul, MN 55101 , in duplicate, for a hearing to review the revocation, suspension and/or fine of your license. The request must be received at the above address within 15 days of your receipt of this notice. Where a timely request for a hearing is made, the license shall remain in effect pending the outcome of the hearing; and if the license is due to expire, the license will remain in effect provided a timely application for renewal is also filed. The hearing will be held as provided in 27 CFR Part 478.

If you do not request a hearing, or your request for a hearing is not received by ATF on time, a final notice of revocation, suspension, and/or imposition of civil fine (ATF Form 5300.13) shall be issued.

[✓] Please see included brochure

| Date | Name and Title of Bureau of Alcohol, Tobacco, Firearms and Explosives Official | Signature |
|---|---|---|
| 05/23/2023 | Hans C Hummel, Director, Industry Operations | Digitally signed by HANS HUMMEL Date 2023.05.23 10:45:15 -05'00' |

I certify that on the date shown below I served the above notice on the person identified below by:

[✓] Certified mail to the address shown below.
Tracking Number:  70222410000194480730    Or    [ ] Delivering a copy of the notice to the address shown below.

| Date Notice Served | Title of Person Serving Notice | Signature of Person Serving Notice |
|---|---|---|
| 05/23/2023 | Director, Industry Operations | Digitally signed by HANS HUMMEL Date 2023.05.23 10:45:46 -05'00' |

Print Name and Title of Person Served
Morehouse Enterprises LLC

Signature of Person Served *(if applicable)*

Address Where Notice Served
1021 14th Street SW, Valley City, ND  58072

ATF E-Form 4500(5300.4)
Revised September 2014

*Exhibit 1*

Morehouse Enterprises, LLC  
FFL #s 3-45-003-01-5G-01253 & 3-45-003-07-5J-01603

ATF Form 5300.4 (4500)

Page 2

Under the provisions of 18 U.S.C. § 923(e) and 27 C.F.R. § 478.73, notice is hereby given that the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") intends to revoke the Federal firearms licenses held by Morehouse Enterprises, LLC ("Licensee"), a Dealer in Firearms Other Than Destructive Devices and Manufacturer of Firearms. Specifically, the Director, Industry Operations, United States Department of Justice, ATF, St. Paul Field Division, has reason to believe that Licensee willfully violated the provisions of the Gun Control Act of 1968, as amended, 18 U.S.C. Chapter 44, and the regulations issued thereunder, 27 C.F.R. Part 478 (collectively, "GCA") as described herein.

**Compliance History**

ATF first issued a Federal firearms license to Licensee under FFL # 3-45-003-01-5G-01253 in 2019. Subsequently, ATF issued a second license to Licensee under # 3-45-003-07-5J-01603 in 2022. After the qualification inspections, Licensee completed a review and signed an Acknowledgement of Federal Firearms Regulations form by and through Responsible Person Tanner Morehouse.

**Current Inspection**

In February 2023, ATF began a compliance inspection of Licensee's premises that revealed the following:

Transfer in Violation of Law:

1. On one occasion, Licensee willfully sold or delivered a firearm other than a rifle or a shotgun to a person not licensed by the GCA and who Licensee knows or has reasonable cause to believe does not reside in the state in which Licensee's place of business or activity is located, in violation of 18 U.S.C. § 922(b)(3) and 27 C.F.R. § 478.99(a). See ▮▮▮▮ transaction on August 25, 2022.

Background Check Violation:

2. On one occasion, Licensee willfully transferred a firearm to an unlicensed person without first contacting the National Instant Criminal Background Check System ("NICS") and obtaining a unique identification number before allowing the transfer, in violation of 18 U.S.C. § 922(t) and 27 C.F.R. §§ 478.102(a). See ▮▮▮▮ transaction on August 25, 2022.

Required Record Violation:

3. On three occasions, Licensee willfully made a false entry in, failed to make appropriate entry in, or failed to properly maintain any record of importation, production shipment,

Morehouse Enterprises, LLC
FFL #s 3-45-003-01-5G-01253 & 3-45-003-07-5J-01603

ATF Form 5300.4 (4500)

Page 3

receipt sale or other disposition as required by the GCA, in violation of 18 U.S.C. § 922(m) and 27 C.F.R. § 478.121(c).

| Transferee | Error | Date |
|---|---|---|
| ▮ | Form 4473 box 27.b. Invalid NTN | March 28, 2022 |
| ▮ | Failure to document DENIED transaction at 2:54 pm | March 28, 2022 |
| ▮ | Failure to document DENIED transaction at 3:22 pm | March 28, 2022 |