**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

# Report of Violations

**FFL**: MOREHOUSE ENTERPRISES, LLC
**Inspection:** FCI-38752
**Date Generated:** 3/6/2023
**RDS Key:** 3-45-01253
**Lead Industry Operations Investigator:** Jacob Temp

*Exhibit 13*

| | Regulation | Corrective Action(s) | Number of Forms | Number of Instances |
|---|---|---|---|---|
| 1 | 27 CFR 478.99(a): Unlawful sale or delivery of a firearm other than a rifle or shotgun to an out of state resident | • Cease and desist all firearm transfers (including lower receivers) other than a rifle or shotgun, to residents of another state. | 1 | 1 |
| 2 | 27 CFR 478.102(a): Failure to complete a NICS/POC background check | • Execute a required NICS/POC background check for all future over-the-counter firearm transactions. | 1 | 1 |
| 3 | 27 CFR 478.125(e): Failure to maintain an accurate/complete/timely acquisition and disposition record of firearms | • Accurately, completely & timely record all required future firearm disposition information. | | 1 |
| 4 | 27 CFR 478.124(c)(3)(iv): Failure to record NICS contact information on an ATF F 4473 | • Execute and retain a complete and accurate ATF Form 4473 on all future firearm transactions.<br>• Ensure that all required NICS/POC background check information is obtained and accurately recorded on all future ATF Forms 4473, Section C. | 2 | 2 |

My signature below certifies that I acknowledge I have reviewed the above information. I understand that this is only a general overview of the violations and that I will be responsible for familiarizing myself with all of the laws and regulations governing my licensed/permitted business.

_____          _____
Signature                                                                                                      Date

_____
Printed Name

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

**Report of Violations Instance Details**

| | Regulation/Violation | Instance Details | Version | Nature of Discrepancy |
|---|---|---|---|---|
| 1 | 27 CFR 478.99(a): Unlawful sale or delivery of a firearm other than a rifle or shotgun to an out of state resident | 1: Sale or Delivery to Out of State Resident, 2022-00467, ▮▮▮▮ ▮▮▮▮, 8/25/2022 | 2020 | 1: Licensee transferred handgun (Rock Island Armory, M200, SN: RIA2356754, 38 Special) to a Georgia Resident. |
| 2 | 27 CFR 478.102(a): Failure to complete a NICS/POC background check | 1: NICS Violation, 2022-00467, ▮▮▮▮▮▮ 8/25/2022 | 2020 | 1: Licensee failed to contact NICS prior to transfer of firearm, Licensee recorded Georgia Weapons Carry License. |
| 3 | 27 CFR 478.125(e): Failure to maintain an accurate/complete/timely acquisition and disposition record of firearms | 1: Disposition Not Recorded (Reconciled), AERO PRECISION INC., M4E1, M4-0170066, RIFLE | | 1: Firearm was not disposed of in Disposition Record within 7 days of transfer. Licensee provided IOI Temp with invoice of firearm (gunsmithing services). |
| 4 | 27 CFR 478.124(c)(3)(iv): Failure to record NICS contact information on an ATF F 4473 | 1: ATF F 4473 Error/Omission, 27b, Incorrect, ▮▮▮▮ 11/11/2022<br>2: ATF F 4473 Error/Omission, 27b, Incorrect, ▮▮▮▮ 3/28/2022 | 2020<br><br>2020 | 1: Licensee failed to record NTN in Item 27b, Licensee recorded transferee's social security number.<br><br>2: Licensee recorded incorrect NTN in Item 27b. IOI Temp conducted a NTN Inquiry via Leep with results of: NTN does not exist. IOI Temp contacted NICS Liaison, and the liaison stated the NTN number is missing a digit. IOI Temp went back to FFL to review all forms to see if the NTN was duplicated and found nothing that would demonstrate the NTN was duplicated, and no evidence the NTN was falsified but recorded on the form incorrectly. |