IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| MOREHOUSE ENTERPRISES, LLC ) <br> d/b/a BRIDGE CITY ORDNANCE, GUN ) <br> OWNERS OF AMERICA, INC., ) <br> and GUN OWNERS FOUNDATION, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> BUREAU OF ALCOHOL, TOBACCO, ) <br> FIREARMS AND EXPLOSIVES; UNITED ) <br> STATES DEPARTMENT OF JUSTICE; ) <br> STEVEN M. DETTELBACH in his official ) <br> capacity as THE DIRECTOR OF ATF, and HANS ) <br> HUMMEL, in his official capacity as ) <br> THE DIRECTOR OF INDUSTRY OPERATIONS ) <br> FOR THE SAINT PAUL FIELD DIVISION OF ) <br> THE ATF, ) <br> ) <br> Defendants. ) <br> ) | Case No. _____ |

**CORPORATE DISCLOSURE STATEMENT OF GUN OWNERS OF AMERICA, INC.**

      **COMES NOW** Gun Owners of America, Inc., and pursuant to Fed. R. Civ. P. 7.1, by and through undersigned counsel, states as follows:

      Gun Owners of America, Inc. ("GOA") certifies that it is a non-profit, non-stock corporation. GOA has no parent corporation or subsidiaries, and no publicly held corporation holds any stock in GOA.

      Respectfully submitted, this the 11th of July 2023.

| | |
|---|---|
| */s/ Stephen D. Stamboulieh* <br> Stephen D. Stamboulieh (MS # 102784) <br> Stamboulieh Law, PLLC <br> P.O. Box 428 <br> Olive Branch, MS  38654 <br> (601) 852-3440 <br> stephen@sdslaw.us | Robert J. Olson (VA # 82488) <br> William J. Olson, PC <br> 370 Maple Ave. West, Suite 4 <br> Vienna, VA 22180-5615 <br> 703-356-5070 (T) <br> 703-356-5085 (F) <br> wjo@mindspring.com |
| John I. Harris III (TN # 12099) <br> Schulman, LeRoy & Bennett PC <br> 3310 West End Avenue, Suite 460 <br> Nashville, Tennessee 37203 <br> (615) 244 6670 Ext. 111 <br> Fax (615) 254-5407 <br> jharris@slblawfirm.com | |