IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| MOREHOUSE ENTERPRISES, LLC d/b/a BRIDGE CITY ORDNANCE, GUN OWNERS OF AMERICA, INC., and GUN OWNERS FOUNDATION, <br><br>Plaintiffs, <br><br>v. <br><br>BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES; UNITED STATES DEPARTMENT OF JUSTICE; STEVEN M. DETTELBACH in his official capacity as THE DIRECTOR OF ATF, and HANS HUMMEL, in his official capacity as THE DIRECTOR OF INDUSTRY OPERATIONS FOR THE SAINT PAUL FIELD DIVISION OF THE ATF, <br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. _____ |

## CORPORATE DISCLOSURE STATEMENT OF GUN OWNERS FOUNDATION

**COMES NOW** Gun Owners Foundation, and pursuant to Fed. R. Civ. P. 7.1, by and through undersigned counsel, states as follows:

Gun Owners Foundation ("GOF") certifies that it is a non-profit, non-stock corporation. GOF has no parent corporation or subsidiaries, and no publicly held corporation holds any stock in GOF.

Respectfully submitted, this the 11th of July 2023.

| | |
|---|---|
| */s/ Stephen D. Stamboulieh* | Robert J. Olson (VA # 82488) |
| Stephen D. Stamboulieh (MS # 102784) | William J. Olson, PC |
| Stamboulieh Law, PLLC | 370 Maple Ave. West, Suite 4 |
| P.O. Box 428 | Vienna, VA 22180-5615 |
| Olive Branch, MS  38654 | 703-356-5070 (T) |
| (601) 852-3440 | 703-356-5085 (F) |
| stephen@sdslaw.us | wjo@mindspring.com |

John I. Harris III (TN # 12099)
Schulman, LeRoy & Bennett PC
3310 West End Avenue, Suite 460
Nashville, Tennessee 37203
(615) 244 6670 Ext. 111
Fax (615) 254-5407
jharris@slblawfirm.com