

UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA

**SECOND NOTICE OF DIRECT ASSIGNMENT**

The Clerk's Office has not received your completed Consent/Reassignment Form.

In Section III C of the Plan for Direct Assignment of Civil Cases to a Magistrate Judge, while consent to the assignment of the case to a Magistrate Judge is entirely voluntary, submission of the Consent/Reassignment Form is <u>mandatory</u>.

Exercise of jurisdiction by the Magistrate Judge assigned is permitted only if <u>all</u> parties voluntarily consent. **Failure to submit the Consent/Reassignment Form in a timely manner may result in a delay in processing the case.**

The Consent/Reassignment Form is available on the Court's web site through the following link: http://www.ndd.uscourts.gov/form/DA_CR_Form.pdf

**DO NOT FILE THE CONSENT/REASSIGNMENT FORM THROUGH THE COURT'S ELECTRONIC CASE FILING (ECF) SYSTEM.** Instead, the completed form should be returned to the Clerk of Court within the next **SEVEN (7)** days at the e-mail address indicated below.

ndd_clerksoffice@ndd.uscourts.gov