UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA

Morehouse Enterprises, LLC, et al.,

           Plaintiff(s)

vs.

Bureau of Alcohol, Tobacco, Firearms and Explosives, et al.,

           Defendant(s).

**CONSENT/REASSIGNMENT FORM**

Case No.   3:23-cv-00129-ARS

Exercise of jurisdiction by the Magistrate Judge assigned is permitted only if <u>all</u> parties voluntarily consent. You may, without adverse substantive consequences, withhold your consent. While consent to the assignment of the case to a Magistrate Judge is entirely voluntary, submission of the Consent/Reassignment Form memorializing consent or requesting reassignment to a District Judge is <u>mandatory</u>.

**Consent** [ ]     **Reassignment** [✔]

Party(ies) Represented: Morehouse Enterprises, LLC d/b/a Bridge City Ordnance, Gun Owners Foundation, Gun Owners of America, Inc.

/s/ Stephen D. Stambouliuh
Attorney Signature

July 31, 2023
Date

**DO NOT FILE THE CONSENT/REASSIGNMENT FORM THROUGH THE COURT'S ELECTRONIC CASE FILING (ECF) SYSTEM.** Instead, the completed form should be returned to the e-mail address indicated below. Failure to submit the Consent/Reassignment Form in a timely manner may result in a delay in processing the case.

ndd_clerksoffice@ndd.uscourts.gov