AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of North Dakota

| | | |
|---|---|---|
| Morehouse Enterprises, LLC, et. al., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 3:23-cv-00129 |
| ATF, et. al., | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants.

Date: 08/07/2023

/s/ Taylor Pitz
*Attorney's signature*

Taylor Pitz - CA #332080
*Printed name and bar number*

U.S. Department of Justice
Federal Programs Branch
1100 L. St. NW
Washington, DC 20005
*Address*

Taylor.N.Pitz@usdoj.gov
*E-mail address*

(202) 305-5200
*Telephone number*

(202) 514-8640
*FAX number*