IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

MOREHOUSE ENTERPRISES LLC d/b/a
BRIDGE CITY ORDNANCE., *et al.*,

   *Plaintiffs*,

v.

BUREAU OF ALCOHOL, TOBACCO,
FIREARMS AND EXPLOSIVES, *et al.*,

   *Defendants.*

No. 3:23-cv-00129-PDW-ARS

## NOTICE OF ADMINISTRATIVE DECISION

Defendants hereby notify the Court of further developments regarding the administrative proceedings relevant to this action.

On August 16, 2023, the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") conducted an administrative hearing regarding the revocation of Plaintiff Morehouse Enterprises LLC d/b/a Bridge City Ordnance's ("BCO") federal firearms licenses. After review of the evidence introduced at the hearing, the Director of Industry Operations determined not to issue a final notice of revocation to BCO. ATF sent BCO a written notification of this decision on August 30, 2023.

Dated: September 1, 2023

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

BRIGHAM J. BOWEN
Assistant Branch Director

*/s/ Taylor Pitz*
TAYLOR PITZ (CA Bar No. 332080)
MICHAEL DREZNER (VA Bar No. 83836)
Trial Attorneys

1

U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Phone: (202) 305-5200
Email: Taylor.N.Pitz@usdoj.gov

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

On September 1, 2023, I electronically submitted the foregoing document with the Clerk of Court for the U.S. District Court, District of North Dakota, using the Court's electronic case filing system. I hereby certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

                                                             */s/ Taylor Pitz*
                                                             TAYLOR PITZ
                                                             Trial Attorney
                                                             U.S. Department of Justice