IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| **MOREHOUSE ENTERPRISES LLC**<br>**d/b/a BRIDGE CITY ORDNANCE., et al.,**<br><br>  Plaintiffs,<br><br>v.<br><br>**BUREAU OF ALCOHOL, TOBACCO,**<br>**FIREARMS AND EXPLOSIVES, et al.,**<br><br>  Defendants. | Civil No: 3:23-cv-00129-PDW-ARS |

### PLAINTIFFS' MOTION TO EXTEND TIME TO FILE REPLY AND TO EXCEED PAGE LIMITATIONS

Plaintiffs move pursuant to Civil Rule 7.1(B & C) to extend the time to file its reply to the Defendant's Opposition To Plaintiffs' Motion for Preliminary Injunction (Doc. 34) and for leave to exceed the reply brief page limit.

Plaintiffs filed a Motion for a Preliminary Injunction and 27 page Memorandum in Support. (Doc. 15 and 15-1)  Defendants filed a Memorandum in Opposition totaling 36 pages on September 8, 2023.  (Doc. 24)  Both of these sets of pleadings were filed with leave to extend the page limits under Civil Rule 7.1.  The Civil Rules impose a 7 day period for submitting replies and a 7 page limit on replies.

Due to the complexity of the issues raised in these pleadings and the need to adequately prepare[1] and file a response to the Defendants' 36 page memorandum, it is necessary to seek additional time and leave to exceed the Civil Rule's default provisions.

---

[1] One factor supporting the need for additional time, in addition to the scope and complexity of the issues presented, is that counsel for the Plaintiffs who is drafting the reply was diagnosed with Covid this week and will not be able to dedicate full time or attention to researching and preparing the reply.

1

Plaintiffs' reply would be due on Friday, September 15, 2023, absent the relief requested. Plaintiffs seek one additional week through and including Friday, September 22, 2023, to file a reply brief.

Plaintiffs' reply brief would be limited to 7 pages under the Civil Rules. Plaintiffs seek leave to file a reply brief of up to 25 pages.

Plaintiffs' counsel has conferred with Defendants' counsel and has been advised that Defendants consent to the relief requested.

Respectfully submitted,

Stephen D. Stamboulieh (MS # 102784)
Stamboulieh Law, PLLC
P.O. Box 428
Olive Branch, MS 38654
(601) 852-3440
stephen@sdslaw.us

Robert J. Olson (VA # 82488)
William J. Olson, PC
370 Maple Ave. West, Suite 4
Vienna, VA 22180-5615
703-356-5070
703-356-5085 (F)
wjo@mindspring.com

/s/ John I. Harris III
John I. Harris III (TN # 12099)
Schulman, LeRoy & Bennett PC
3310 West End Avenue, Suite 460
Nashville, Tennessee 37203
(615) 244 6670
(615) 254-5407 (F)
jharris@slblawfirm.com

CERTIFICATE OF SERVICE

On September 12, 2023, I electronically submitted the foregoing document with the Clerk of Court for the U.S. District Court, District of North Dakota, using the Court's electronic case filing system. I hereby certify that I have served all parties electronically or by another manner authorized

2

3

by Federal Rule of Civil Procedure 5(b)(2).

/s/ John I. Harris III