IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| MOREHOUSE ENTERPRISES, LLC ) <br> d/b/a BRIDGE CITY ORDNANCE, GUN ) <br> OWNERS OF AMERICA, INC., ) <br> and GUN OWNERS FOUNDATION, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> BUREAU OF ALCOHOL, TOBACCO, ) <br> FIREARMS AND EXPLOSIVES; UNITED ) <br> STATES DEPARTMENT OF JUSTICE; ) <br> STEVEN M. DETTELBACH in his official ) <br> capacity as THE DIRECTOR OF ATF, and HANS ) <br> HUMMEL, in his official capacity as ) <br> THE DIRECTOR OF INDUSTRY OPERATIONS ) <br> FOR THE SAINT PAUL FIELD DIVISION OF ) <br> THE ATF, ) <br> ) <br> Defendants. ) <br> _____) | Case No. 3:23-cv-00129-PDW-ARS |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE SUPPLEMENTAL AUTHORITY**

Come now, Plaintiffs, by and through counsel, pursuant to Civil Rule 7.1(C), and for good cause, file this Motion for Leave to File Supplemental Authority, and in support state as follows:

1. Plaintiffs filed their Motion for Preliminary and/or Permanent Injunction on August 4, 2023. ECF 15-1.

2. On September 8, 2023, Defendants filed their Opposition to Plaintiffs' Motion for Preliminary Injunction. ECF 34.

3. On September 22, 2023, Plaintiffs filed their Reply. ECF 40.

4. Today, Plaintiffs were alerted to a case from the United States District Court for the Western District of Kentucky, Paducah Division, that is pertinent to the issues presented in

1

Plaintiffs' Motion for Preliminary and/or Permanent Injunction. *See Paducah Shooters Supply, Inc. v. Rogers*, No. 5:23-cv-88-BJB, 2023 U.S. Dist. LEXIS 160367 (W.D. Ky. Aug. 12, 2023).

5. Plaintiffs therefore seek leave to file the attached Notice of Supplemental Authority.

Respectfully submitted, this the 28th of September, 2023.

*/s/ Stephen D. Stambouliem*
Stephen D. Stambouliem (MS # 102784)
Stambouliem Law, PLLC
P.O. Box 428
Olive Branch, MS  38654
(601) 852-3440
stephen@sdslaw.us

Robert J. Olson (VA # 82488)
William J. Olson, PC
370 Maple Ave. West, Suite 4
Vienna, VA 22180-5615
703-356-5070 (T)
703-356-5085 (F)
wjo@mindspring.com

John I. Harris III (TN # 12099)
Schulman, LeRoy & Bennett PC
3310 West End Avenue, Suite 460
Nashville, Tennessee 37203
(615) 244 6670 Ext. 111
Fax (615) 254-5407
jharris@slblawfirm.com

## CERTIFICATE OF SERVICE

I Stephen D. Stambouliem, hereby certify that I have on this day, caused the foregoing document or pleading to be filed with the Court's CM/ECF system, which generated a notice of electronic filing and delivered a true and correct copy of the foregoing to all counsel of record.

Dated: September 28, 2023.

*/s/ Stephen D. Stambouliem*
Stephen D. Stambouliem