IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| MOREHOUSE ENTERPRISES LLC d/b/a BRIDGE CITY ORDNANCE., *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, *et al.*, <br><br> *Defendants*. | No. 3:23-cv-00129-PDW-ARS |

**DEFENDANTS' CONSENT MOTION FOR EXTENSION OF TIME
TO RESPOND TO PLAINTIFFS' COMPLAINT**

Defendants respectfully move for a 14-day extension of time to respond to Plaintiffs' complaint. Pursuant to the Court's previous orders, ECF Nos. 38, 49, 51, Defendants' response to Plaintiffs' complaint is currently due February 22, 2024. Defendants have conferred with Plaintiffs, and Plaintiffs consent to this request. Defendants require additional time because of changes in case staffing and unanticipated deadlines in other matters. Defendants therefore request that their response to the complaint in this action be due March 7, 2024.

Dated: February 16, 2024         Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

BRIGHAM J. BOWEN
Assistant Branch Director

*/s/ Taylor Pitz*
TAYLOR PITZ (CA Bar No. 332080)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch

1

1100 L Street NW
Washington, DC 20005
Phone: (202) 305-5200
Email: Taylor.N.Pitz@usdoj.gov

*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

On February 16, 2024, I electronically submitted the foregoing document with the Clerk of Court for the U.S. District Court, District of North Dakota, using the Court's electronic case filing system. I hereby certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

                                                */s/ Taylor Pitz*
                                                TAYLOR PITZ
                                                Trial Attorney
                                                U.S. Department of Justice