Local AO 450 (rev. 1/23)

# United States District Court
### *District of North Dakota*

Morehouse Enterprises, LLC, d/b/a/ Bridge City Ordnance, et al.,

Plaintiff,

vs.

Bureau of Alcohol, Tobacco, Firearms and Explosives, et al.,

Defendants.

JUDGMENT IN A CIVIL CASE

Case No.   3:23-cv-129

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☑ **Decision on Motion**. This action came before the Court on motion. The issues have been considered and a decision rendered.

☐ **Stipulation**. This action came before the court on motion of the parties. The issues have been resolved.

☐ **Dismissal**. This action was voluntarily dismissed by Plaintiff pursuant to Fed. R. Civ. P. 41(a)(1)(ii).

**IT IS ORDERED AND ADJUDGED:**

Pursuant to the Order (Doc. 69) entered on October 8, 2024, Plaintiffs have standing, and the ATF's motion dismiss for lack of jurisdiction is DENIED. The ATF's motion to dismiss for failure to state a claim (Doc. 55) is GRANTED, and Plaintiffs' complaint is DISMISSED without prejudice.

Date: October 8, 2024

KARI M. KNUDSON, CLERK OF COURT

by: */s/ Sarah Lien, Deputy Clerk*